## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

James Beyer, et al.
                        Plaintiff,

v.                                           Case No.: 1:25−cv−01336
                                                                   Honorable Robert W. Gettleman

Draftkings, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, April 26, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: Agreed Motion for Extension of Time for Plaintiffs to File Amended Complaint [30] is granted. Plaintiff has leave to file a first amended complaint on or before 5/9/2025. Defendants' motion to dismiss the original complaint [28] is terminated without prejudice. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.