# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

James Beyer, et al.
                          Plaintiff,

v.                                                        Case No.: 1:25−cv−01336
                                                            Honorable Robert W. Gettleman

Draftkings, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 20, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: For reasons that will be explained in a forthcoming opinion, the court finds that it has jurisdiction under CAFA. The court, on its own motion, reinstates defendants' pending motion to dismiss [37] and related briefing. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.